# UNITED STATES DISTRICT COURT
for the
District of Maryland

LMF/bv

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

FACEBOOK ACCOUNT
USER ID CTOLLAR48
CYNTHIA BRANDY TOLLAR

Case No. 14-425 JKS

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

FACEBOOK ACCOUNT, USER ID CTOLLAR48, CYNTHIA BRANDY TOLLAR, and as further described in ATTACHMENT A.

located in the Northern District of California, there is now concealed *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1512 | tampering with a witness |

The application is based on these facts:
See attached Affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Det. Monique Pettett, U.S. Park Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/19/2014

*Judge's signature*

City and state: Greenbelt, Maryland

Jillyn K. Schulze, United States Magistrate Judge
*Printed name and title*